

# Fourth Court of Appeals
## San Antonio, Texas

September 20, 2023

No. 04-23-00738-CV

Jason **PAUL**,
Appellant

v.

**THE GROVE**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV04906
Honorable David J. Rodriguez, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. It is ORDERED no costs be assessed against appellant in relation to this appeal because he qualifies as indigent.

It is so **ORDERED** on September 20, 2023.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of September, 2023.

_____
Michael A. Cruz, Clerk of Court